# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2012

144571 & (12)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

STEVEN RAYMOND LYONS,
        Defendant-Appellant.

SC: 144571
COA: 306572
Ionia CC: 2010-014950-FH

_____/

      On order of the Court, the application for leave to appeal the December 8, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion to remand is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2012

_____
Clerk

t0514